1

2

3

4

5

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

6

7

8

9

10

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CV-03-0411-LRS |
| | ) | |
| vs. | ) | |
| | ) | |
| $1,432,200.00 U.S. CURRENCY, | ) | Final Order of Forfeiture |
| | ) | |
| Defendant. | ) | |

11

12

13

14

     Plaintiff, United States of America, alleged in a Verified

Complaint for Forfeiture In Rem, that the defendant property is

subject to forfeiture to the United States pursuant to 18 U.S.C.

§ 981.

15

16

17

     The Court has jurisdiction over this matter by virtue of 28

U.S.C. §§ 1345 and 1355.  Venue is proper pursuant to 28 U.S.C. §

1395.

18

19

     The defendant property being forfeited is $1,432,200.00 U.S.

currency seized on or about May 20, 2003.

20

21

22

23

24

25

26

27

28

     On January 29, 2004, Peter Mahoney and Attorney Mark E.

Vovos were served via certified mail with copies of the Verified

Complaint for Forfeiture In Rem, and Notice of Complaint for

Forfeiture, as evidenced by the Certificate of Service of Notice

by Mail filed with the Court on January 29, 2004.  On February 6,

2004, Peter Mahoney filed a claim and an answer.  On August 29,

2006, the United States and Peter Mahoney, entered into a plea

agreement in the related criminal matter United States v. Peter

Mahoney, et al., Eastern District of Washington criminal case

Final Order of Forfeiture -1-

P70830dm.jkc.wpd

1 number, CR-04-2127-RHW, wherein Peter Mahoney agreed to the

2 forfeiture of the Defendant currency, and any interest earned

3 since the funds were seized, without further notice.  In

4 addition, Peter Mahoney agreed that if he was unsuccessful in the

5 criminal appeal, he would waive all constitutional and statutory

6 challenges to any forfeiture carried out in accordance with said

7 plea agreement on any grounds, including that the forfeiture

8 constitutes an excessive fine or punishment.

9      On February 22, 2009, the Ninth Circuit Court of Appeals

10 affirmed the District Court for the Eastern District of

11 Washington's decision in this criminal case.

12      The Notice of Complaint was published on February 18, 25 and

13 March 3, 2004, in the Gazette Record, a newspaper of general

14 circulation in Benewah County, Idaho, as evidenced by the TDF-90

15 form filed with the Court on March 22, 2004.  Rule C of the

16 Supplemental Rules for Certain Admiralty and Maritime Claims,

17 Fed. R. Civ. P., and 18 U.S.C. § 983(a)(4)(A), require that

18 claimants file a claim within thirty (30) days after final date

19 of publication of the Notice of Complaint for Forfeiture, or

20 within thirty (30) days after service of the complaint, whichever

21 occurs first.  At the latest this 30-day period expired on April

22 2, 2004.  No other claims to the Defendant currency have been

23 filed.

24      It appearing to the Court that Peter Mahoney's interest in

25 the Defendant currency has been resolved through the entry of his

26 plea agreement in the related criminal matter, and the resolution

27 of the Ninth Circuit appeal;

28

Final Order of Forfeiture -2-
P70830dm.jkc.wpd

1   It also appearing to the Court that any interest that Peggy

2  Mahoney may have had in the Defendant currency has been resolved

3  through the entry of her plea agreement on August 29, 2006, in

4  related criminal case United States v. Peggy Mahoney, et al.,

5  Eastern District of Washington criminal case number, CR-04-2128-

6  RHW, wherein Peggy Mahoney agreed to the forfeiture of the

7  Defendant currency, and any interest earned since the funds were

8  seized, without further notice.  In addition, Peggy Mahoney

9  agreed that if she was unsuccessful in the criminal appeal, she

10  would waive all constitutional and statutory challenges to any

11  forfeiture carried out in accordance with said plea agreement on

12  any grounds, including that the forfeiture constitutes an

13  excessive fine or punishment.  Peggy Mahoney did not file an

14  appeal in the related criminal case;

15   It further appearing to the Court that no other claims have

16  been made to the defendant property;

17   IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the

18  Defendant currency in the amount of $1,432,200.00, seized on or

19  about May 20, 2003, and any interest accrued since the seizure

20  date, is hereby forfeited to the United States of America, and no

21  right, title, or interest shall exist in any other person.

22   IT IS FURTHER ORDERED that the United States shall dispose

23  of the forfeited currency in accordance with law.

24   DATED this __21st__ day of September, 2009.

25

26   s/Lonny R. Suko

27   Lonny R. Suko
    Chief United States District Judge

28

Final Order of Forfeiture -3-
P70830dm.jkc.wpd

1   Presented by:

2   James A. McDevitt
    United States Attorney

3

    s/Jane Kirk

4

5   Jane Kirk
    Assistant United States Attorney

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Final Order of Forfeiture -4-
P70830dm.jkc.wpd